UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:26-CVV-22359-BLOOM/Elfenbein

FRANTZ JEANNITON,
     Plaintiff(s),

vs.

COSTCO WHOLESALE CORPORATION,

     Defendant(s).

_____/

## NOTICE OF SETTING MEDIATION

Plaintiff, FRANTZ JEANNITON, by and through the undersigned counsel, hereby gives notice that the parties have agreed to Robyn Hankins, Esq., as the mediator in this action. Mediation is presently scheduled for Monday, January 25, 2027, commencing at 10:00 A.M. via Zoom Conference.

Dated: 28th day of May, 2026          Respectfully submitted,


Respectfully submitted,


/s/ Anthony M. Georges-Pierre
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637
REMER, GEORGES-PIERRE &
HOOGERWOERD, PLLC
2745 Ponce DeLeon Blvd
Coral Gables, FL 33134
(305) 416-5000- Telephone
Email: agp@rgph.law

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28 day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing..

*/s/ Anthony M. Georges-Pierre*
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637

**<u>SERVICE LIST</u>**

Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637
**REMER, GEORGES-PIERRE &
HOOGERWOERD, PLLC**
2745 Ponce DeLeon Blvd
Coral Gables, FL 33134
(305) 416-5000- Telephone
 Email: agp@rgph.law

Andrew M. McKinley, Esq.
Email: amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Atlanta,
Georgia 30309
Counsel for Defendant