**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22359-BLOOM/Elfenbein**

FRANTZ JEANNITON,

      Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION,

      Defendant.

_____/

## <u>ORDER SCHEDULING MEDIATION</u>

The mediation conference in this case shall be held on **January 25, 2027**, at **10:00 a.m.** with Robyn Hankins, Esq., via Zoom video conference. Each party shall provide the mediator a confidential summary of the case identifying the issues to be resolved no later than **January 11, 2027**. S.D. Fla. L.R. 16.2(d)(C).

On or before **January 28, 2027**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

Case No. 26-cv-22359-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2